**Petition for Writ of Mandamus Denied and Memorandum Opinion filed April 9, 2019.**



**In The**

# 𝕱ourteenth 𝕮ourt of 𝕬ppeals

---

**NO. 14-19-00256-CV**

---

**IN RE AVANTI MANAGEMENT, LLC., AVANTI INT'L TRANSPORTATION LTD., AND PATRICK C. JACKANICH, Relators**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**125th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-22442**

---

## MEMORANDUM OPINION

On March 27, 2019, relators Avanti Management, LLC., Avanti Int'l Transportation Ltd., and Patrick C. Jackanich filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In

the petition, relators ask this court to compel the Honorable Kyle Carter, presiding judge of the 125th District Court of Harris County, to set aside his April 24, 2018 order granting the real parties in interest Bruce Nelson and Marie Nelson's bill of review.

Relators have not shown that they are entitled to mandamus relief. Accordingly, relators' petition for writ of mandamus is denied.

PER CURIAM

Panel consists of Justices Christopher, Hassan, and Poissant.